UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE WILLIAM MCGRAW, | § | |
| Movant, | § | No. 3:13-CV-0643-B-BH |
| vs. | § | No. 3:09-CR-0210-B |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.  The motion for extension of time to file a Motion to Vacate, Set Aside, or Correct Sentence brought pursuant to the provisions of 28 U.S.C. § 2255 is **DISMISSED** for lack of jurisdiction.

2.  The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this 11th day of February, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE