IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE WILLIAM MCGRAW,          ) | | |
|                Movant,   ) | | |
| vs.                            ) | No. 3:13-CV-0643-B-BH | |
|                          ) | | |
| UNITED STATES OF AMERICA,      ) | | |
|                Respondent. ) | Referred to U.S. Magistrate Judge | |

**ORDER**

Pursuant to the order of reference for the *Motion To Withdraw As Attorney of Record for Defendant McGraw,* filed June 27, 2014 (doc. 115), before the Court are *Attorney Edmundo Espinoza [sic] Request for Hearing Pursuant to Court Order Dated July 7, 2014 in Case No. 09-CR-210-B* (doc. 6), and *Motion for Leave to File Document Under Seal* (doc. 7), both filed July 16, 2014. The motion for leave to file an exhibit to the motion under seal (doc. 7) is **GRANTED**.

Counsel appears to seek a hearing on his previous motion to withdraw from the representation of movant in this closed habeas case. Because the criminal case was closed, and the habeas case had been dismissed for lack of jurisdiction at the time that he filed his motion, there was no pending case or appeal from which counsel could withdraw. The motion was therefore denied as moot on July 8, 2014. The docket sheets in the underlying criminal case and the closed habeas case were both modified, however, to reflect that counsel had been terminated, and that the movant was *pro se*.

Because the motion to withdraw has been denied as moot, no hearing is warranted. In addition, counsel's motion provides no legal authority to support the award of relief he seeks, i.e., to have information reported to law enforcement authorities and "some type of judicial protective order", in the procedural manner in which he has requested it. Notably, no court involvement is required for a report of information to law enforcement authorities. To the extent that he seeks a

protective order, counsel must pursue this relief through the proper procedural channels in the appropriate forum rather than by a motion to withdraw filed in closed federal criminal and habeas proceedings.  The motion for a hearing is **DENIED**.

    **SO ORDERED** this 17th day of July, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2